

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 05 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

vs.                                            CRIMINAL NO. 1:11-CR-24-LG-JCG-001

CARLOUS DEAUNDREA DAVISON                                          DEFENDANT

and

HOSPITALITY STAFFING SOLUTIONS                                     GARNISHEE

## ORDER QUASHING GARNISHMENT

THIS CAUSE came on for consideration on Plaintiff's Motion to Quash the Writ of

Continuing Garnishment [#74] issued in this action on the grounds that Defendant is no longer

employed by Garnishee.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment

issued in this action on October 6, 2017, be and it is hereby quashed, and the Garnishee,

Hospitality Staffing Solutions, is hereby dismissed.

ORDERED AND ADJUDGED this _____ 7th day of DEC. , 2017.

_____

HONORABLE LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE